UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**WESTERN DIVISION**

UNITED STATES OF AMERICA

           v.      Crim. No. 5:09-CR-94-2FL

Christopher Sherod Clay

    On October 15, 2009, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                        Respectfully submitted,

/s/Jeffrey L. Keller                          /s/Maurice J. Foy  
Jeffrey L. Keller                              Maurice J. Foy  
Supervising U.S. Probation Officer           Senior U.S. Probation Officer

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_21st\_\_\_ day of \_\_\_July\_\_\_, 2015.

Louise W. Flanagan  
U.S. District Judge